452 A.2d 57

Commonwealth v. Rhodes, Appellant.

Argued September 28, 1981.   Hiram A. Carpenter,

III, for appellant; Oliver E. Mattas, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and VAN der VOORT, JJ.

Judgment of sentence affirmed.